IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEIGH-DAVIS GLASS, | ) | No. C 07-3658 JSW (PR) |
| Plaintiff, | ) ) | |
| | ) | **ORDER OF DISMISSAL** |
| v. | ) ) | |
| STEVEN S. LUBLINER, ESQ., | ) ) | |
| Defendants. | ) | |
| _____ | ) | |

On July 17, 2007, Plaintiff filed a document marked "complaint of attorney misconduct" in this Court against his current appellate attorney (docket no. 1), which the Clerk filed as a new civil rights action. On that same date, the Clerk notified Plaintiff that he had not paid the filing fee and that he must either pay the filing fee or a complete application to proceed *in forma pauperis* in thirty days or the action would be dismissed. As of this date, Plaintiff has not completed the application to proceed *in forma pauperis,* paid the filing fee or contacted the Court regarding this matter. Accordingly, this case is DISMISSED without prejudice for failure to prosecute and to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b). *See Link v. Wabash R.R.*, 370 U.S. 626, 633 (1962); *McKeever v. Block*, 932 F.2d 795, 797 (9th Cir. 1991). The Clerk shall close the file and enter judgment in this matter.

IT IS SO ORDERED.

DATED: November 20, 2007

*Jeffrey S. White*
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEIGH-DAVIS GLASS,<br><br>    Plaintiff,<br><br>v.<br><br>STEVEN S. LUBLINER et al,<br><br>    Defendant. | Case Number: CV07-03658 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 20, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Leigh-Davis Glass
Reg No. 24821-112
Federal Prison Camp-FCC Victorville
P.O. Box 5100
Adelanto, CA 92301

Dated: November 20, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk