IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEIGH-DAVIS GLASS, | ) | No. C 07-3658 JSW (PR) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| STEVEN S. LUBLINER, ESQ., | ) | |
| Defendants. | ) | |

An order of judgment is hereby entered DISMISSING this civil rights action without prejudice for failure to pay the filing fee and failure to prosecute.

IT IS SO ORDERED.

DATED: November 20, 2007

*Jeffrey S White*
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LEIGH-DAVIS GLASS,

    Plaintiff,

v.

STEVEN S. LUBLINER et al,

    Defendant.

Case Number: CV07-03658 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 20, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Leigh-Davis Glass
Reg No. 24821-112
Federal Prison Camp-FCC Victorville
P.O. Box 5100
Adelanto, CA 92301

Dated: November 20, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk